UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
                                                                   Case No.
                            Plaintiff,

      -against-

                            Defendant.
-------------------------------------------------------
### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending                ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
- ☐ An attorney
- ☐ A Government Agency attorney
- ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_____
                      FIRM ADDRESS:_____
                      FIRM TELEPHONE NUMBER:_____
                      FIRM FAX NUMBER:_____

NEW FIRM:     FIRM NAME:_____
                      FIRM ADDRESS:_____
                      FIRM TELEPHONE NUMBER:_____
                      FIRM FAX NUMBER:_____

☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                      *M.McJers*
                                           _____
                                           ATTORNEY'S SIGNATURE