

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2019

**BY EMAIL**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Andrew Simon,**
              S2 16 Cr. 831 (ER)

Dear Judge Ramos:

    The Government writes in response to defense counsel's letter motion to adjourn sentencing in the above-captioned case. The Government does not object to the defense's request. Of the dates proposed by defense counsel, the Government is available on February 25, 27, or 28.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

               by: _____
                      Daniel S. Noble / Dennis R. Kihm
                      Assistant United States Attorney / Trial Attorney
                      (212) 637-2239 / (202) 616-2999

Cc:    Matthew Myers, Esq. (by email)
        *Attorney for Andrew Simon*