

**Myers & Galiardo, LLP**                                              *Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.                                            Tel: 212-986-5900
New York, NY 10174                                                     Fax: 212-986-6250

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  1/16/2019
```

> Sentencing is adjourned to February 28, 2019, at 10:00 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  1/16/2019
> New York, New York

Hon. Edgardo Ramos                                                     January 15, 2019
Thurgood Marshall United States Courthouse
40 Foley Square
New York 10007

<u>US v. Andrew G. Simon 16 Cr 831-04 (ER)</u>

Your Honor:

On January 25, 2019 my client Andrew Simon is scheduled to be sentenced before Your Honor. I am now under court order to begin a state court rape trial in Manhattan (People v. Yiqaio Wang) where the prosecutor has to fly two witnesses in from China, therefore, it is imperative we start our trial on January 23, 2019. We should complete that trial within 6-7 business days.

Please adjourn Mr. Simon's sentencing to any one of the following dates convenient to all parties: February 11, 13, 18, 25, 27, or 28th.

Respectfully,<br>
<u>/s/ M. Myers</u><br>
Matthew D. Myers<br>
Attorney for Andrew Simon